UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER STARK,<br><br>                Plaintiff,<br><br>    v.<br><br>SHEIN DISTRIBUTION CORPORATION; and DOES 1-10 Inclusive,<br><br>                Defendants. | Case No. 2:22-cv-06016-WLH-AFM<br><br>**ORDER GRANTING JOINT STIPULATION AND APPLICATION TO EXTEND FACT DISCOVERY PERIOD AND SET PRETRIAL AND TRIAL DATES [ECF NO. 24]** |

    On June 22, 2023, the Parties filed a joint stipulation to extend the fact discovery period by approximately four months, from August 7, 2023, to December 15, 2023, and to set trial and pretrial dates. The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

    1. The fact discovery cut-off date is extended to December 15, 2023; and

    2. The Court further sets the following deadlines:

| | |
|---|---|
| • Expert Disclosure (Initial) | December 29, 2023 |
| • Expert Disclosure (Rebuttal) | January 12, 2024 |
| • Expert Discovery Cut-Off | January 12, 2024 |
| • Last Date to Hear Motions | January 26, 2024 |

- Last Date to Hear *Daubert* Motions     February 23, 2024
- Deadline to Complete Settlement Conf.     March 15, 2024
- Trial Filings (First Round)     March 22, 2024
- Trial Filings (Second Round)     April 1, 2024
- Final Pretrial Conference     April 19, 2024, at 3:00 p.m.
- Trial     May 14, 2024, at 9:00 a.m.

The parties should not expect further continuances to be granted, absent exigent circumstances.

**IT IS SO ORDERED.**

Dated: July 20, 2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE