ANTOINETTE WALLER - State Bar No. 152895
awaller@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
12401 Wilshire Blvd., Second Floor
Los Angeles, CA 90025-1089
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660

*Attorneys for Plaintiff*
*Jennifer Stark*

**MERCHANT & GOULD P.C.**
Scott P. Shaw (SBN 223592)
SShaw@Merchantgould.com
8383 Wilshire Blvd., Ste. 935
Beverly Hills, CA 90211
Telephone: (303) 357-1182

*Attorneys for Defendant*
*Shein Distribution Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER STARK, an individual;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHEIN DISTRIBUTION CORPORATION; and DOES 1-10 inclusive.<br><br>　　　　Defendants. | Case No.: 2:22-cv-06016-WLH-RAOx<br><br>Assigned to the Hon. Wesley L. Hsu<br><br>JOINT NOTICE OF SETTLEMENT<br><br>Trial Date:　　　　November 12, 2024<br>Discovery Cut-off:　May 24, 2024<br>Pre-trial Conf. Date: October 24, 2024 |

　　　　TO THE COURT: PLEASE TAKE NOTICE that Plaintiff Jennifer Stark and Defendant Shein Distribution Corporation (the "parties") have reached a settlement in full of the above-referenced case. A formal settlement agreement is being circulated between the parties for review and approval. The parties anticipate that within forty-five days, the settlement will be documented and completed, and a dismissal of the entire action will be filed.

The parties jointly request that the Court vacate the trial date and all pretrial dates and deadlines as well as all pending hearing dates.

DATED: May 6, 2024

WOOLLS PEER DOLLINGER & SCHER
A Professional Corporation

/s/ *Antoinette Waller*
_____
ANTOINETTE WALLER
Attorneys for Plaintiff
Jennifer Stark

DATED: May 6, 2024

MERCHANT & GOULD

/s/ *Scott Shaw*
_____
SCOTT SHAW
Attorneys for Defendant
Shein Distribution Corporation

[NOTICE OF SETTLEMENT]

1117352.1

1  ATTESTATION: Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby
2  attests that all signatories listed concur in this filing's content and have authorized this
3  filing.

4                By: /s/ *Antoinette Waller*

[NOTICE OF SETTLEMENT]

1117352.1